# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Benjamin Shacar | ) | Case No. 21-mj-3063 (KAR) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 2019 to March 24, 2021  in the county of  Hampden  in the
___ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2), (a)(5)(B) | Receipt of Child Pornography, Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit of Special Agent Daniel Yon.

☑ Continued on the attached sheet.

Signed electronically with authorization from
HSI Special Agent Daniel Yon on March 24, 2021.

*/s/ Daniel Yon*
*Complainant's signature*

Daniel Yon, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/24/2021

*/s/ Katherine A. Robertson*
*Judge's signature*

City and state:  Springfield, MA     Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on March 24, 2021.