AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Benjamin Shacar

**APPEARANCE**

Case Number:   21 mj-3063- (KAR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Benjamin Shacar

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

[✔] CJA Appointment
[ ] Federal Public Defender
[ ] Retained
[ ] Pro Bono

3/25/2021
_____
Date

*Elaine Pourinski*
_____
Signature

Elaine Pourinski
_____
Print Name                                    Bar Number

13 Old South Street
_____
Address

Northampton              MA              01060
_____
City              State              Zip Code

(413) 219-4086
_____
Phone Number                              Fax Number