UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>v. )<br>)     21-mj-3063<br>)<br>BENJAMIN SHACAR )<br>)<br>_____ ) | |

EXHIBITS IN SUPPORT OF MOTION FOR RELEASE
WITH CONDITIONS

1. LETTER FROM SANDRA AND CARLOS SHACAR

2. LETTER FROM DESIREE SHACAR


        Respectfully submitted

        Benjamin Shacar
        By his attorney:

        /s/ Elaine Pourinski
        BBO #550986
        13 Old South Street
        Northampton, MA. 01060
        413-587-9807

CERTIFICATE OF SERVICE

I certify that I have provided a copy of the exhibits to all registered parties by sending them through the CM/ECF system.

/s/ Elaine Pourinski

Date:  March 30, 2021