UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN SHACAR,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Counts One through Ten: Receipt of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Count Eleven: Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

INDICTMENT

COUNTS ONE THROUGH TEN
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A))

The Grand Jury charges:

On or about each of the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

BENJAMIN SHACAR,

knowingly received and attempted to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

| Count | Date (on or about) | File involved in Receipt of Child Pornography |
|---|---|---|
| 1 | 8/28/20 | (PHANT)(pthc)(otstoi)(toddler suck) 7Yo and papa.mp4 |

1

| 2 | 8/28/20 | Pollyfan Ukraine Pedomom Couple 260118.mp4 |
| 3 | 9/4/20 | 30ab02958ab21290.jpg |
| 4 | 9/4/20 | 4ab0b7f562904104.jpg |
| 5 | 9/4/20 | b4008708dc947463.jpg |
| 6 | 9/19/20 | 2016-01 Estefy - Opva Pthc 2015 11Yo And Uncle Best Anal Fuck Creampie Ever!!!!!_xvid.avi |
| 7 | 9/19/20 | (Pthc) 4Yo Pae (Great New Cbaby).!!New Dark Studio 10 cd1 (Dad and babyj) 3yo in pink gives BJ.mpg |
| 8 | 9/19/20 | PTHC NEW 2020 MostXX7 01-Обрезк8 01.mp4 |
| 9 | 3/20/21 | P1010041_0.JPG |
| 10 | 3/20/21 | P1010011.JPG |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

COUNT ELEVEN
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

On or about March 24, 2021, in the District of Massachusetts, and elsewhere, the defendant,

BENJAMIN SHACAR,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The Grand Jury further finds:

1.       Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2252A(a)(2), 2252A(a)(5)(B), set forth in Counts One through Eleven, the defendant,

BENJAMIN SHACAR,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.   The property to be forfeited includes, but is not limited to, the following:

a.   one "One Plus" bearing IMEI number 864737041254147;

b.   one blue "WinRepair" flashdrive;

c.   one Dell Inspiron laptop computer bearing serial number BY19CT1;

d.   one "SuperMicro" personal computer tower/server;

e.   one black personal computer tower;

f.   one black server tower;

g.   one Hitachi hard drive bearing serial number JP1572FN3DALYK;

4

h.   one Hitachi hard drive bearing serial number NH342N9K;

i.   one Western Digital hard drive bearing serial number WCAV52970585;

j.   one Seagate hard drive bearing serial number 6VM8B678;

k.   one Western Digital hard drive bearing serial number WMAZA5381808;

l.   one Western Digital hard drive bearing serial number WCC3FKH4EU82;

m.   one Seagate hard drive bearing serial number 5WS2H624;

n.   one Western Digital hard drive bearing serial number WMAVU1315755;

o.   one Hitachi hard drive bearing serial number PAG59TJA;

p.   one Hitachi hard drive bearing serial number MPCDN7Y4H5XTBL;

q.   one green Sandisk SD20 16 GB flash drive;

r.   one silver Medion 64 GB (MD8824) flash drive;

s.   one 16 GB memory card;

t.   one green Visual Land tablet ME-7D;

u.   one Lenovo tablet TBX104F;

v.   one black Amazon Kindle Fire tablet SV98LN;

w.   one black tablet;

x.   one blue Nextbook tablet NX16A8116K-PB;

y.   one blue 32 GB USB flash drive 32 GB PM200557596B;

z.   one VHS tapes; and

aa.   one Canon DSLR EOS Rebel SL1 camera.

2.   If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant --

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
ALEX J. GRANT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL _____, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7