%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** II   **Investigating Agency** HSI

**City** Springfield   **Related Case Information:**

**County** Berkshire

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   21-mj-3063-KAR
Search Warrant Case Number   21-mj-3059-61-KAR
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Benjamin Shacar   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Pittsfield, MA

Birth date (Yr only): 1987   SSN (last4#): 8934   Sex: M   Race: White   Nationality: USA

**Defense Counsel if known:** Elaine Pourinski   Address: 13 Old South Street

**Bar Number** 550986   Northampton, MA

**U.S. Attorney Information:**

AUSA: Alex J. Grant   Bar Number if applicable: 629754

Interpreter: ☐ Yes  ☑ No   List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: 03/24/2021

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Magistrate Judge Robertson   on 04/08/2021

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   11

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/15/2021   Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Benjamin Shacar

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2) | Receipt of Child Pornography | 1-10 |
| Set 2 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 11 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____