UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-30028-MGM |
| | ) | |
| BENJAMIN SHACAR, | ) | |
| | ) | |
| Defendant. | ) | |

SCHEDULING ORDER
May 12, 2021

ROBERTSON, U.S.M.J.

Defendant Brian Cooper having been arraigned before the court on May 12, 2021 and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.9 and 18 U.S.C. § 3161(H)(7)(B)(ii), that further proceedings shall be governed as follows:

1. The government will complete its automatic disclosures by June 9, 2021. *See* LR 116.1(c)(1) and (2).

2. The defendant will complete his automatic disclosures by June 9, 2021. See LR 116.1(d).

3. Any discovery request letters shall be sent and filed by the defendant by June 23, 2021. *See* LR 116.3(a) and (h); 18 U.S.C. § 3161(H)(7)(B)(ii).

4. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter referred to in Paragraph 3 above *or* on or before July 7, 2021, *whichever date shall first occur*. *See* LR 116.3(a); 18 U.S.C. § 3161(H)(7)(B)(ii).

5. Unless otherwise ordered by the court, consistent with the provisions of LR 116.3(e) through (h), any and all discovery motions shall be filed on or before fourteen days after the

receipt of the opposing party=s declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur.*  See LR 116.3(e) through (h).

6. Unless otherwise ordered by the court, consistent with the provisions of Paragraph 5 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed.  See LR 116.3(i).

7. An Initial Status Conference will be held on July 14, 2021 at 2:00 p.m.[1]

>   /s/ Katherine A. Robertson
>   KATHERINE A. ROBERTSON
>   U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference.  Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a timely request to the Marshal's Office advance of the Initial Status Conference.  *See* Fed. R. Crim. P. 43(c)(3).