UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )    Criminal No. 21-30038-MGM |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN SHACAR | ) |

<u>INITIAL STATUS CONFERENCE MEMORANDUM</u>

The United States of America, by and through its attorneys, Acting United States Attorney Nathaniel R. Mendell and Assistant United States Attorney Alex J. Grant, and the defendant Benjamin Shacar, by and through his attorney, Elaine Pourinski, submit this memorandum to address the issues delineated in 116.5(a)(1)-(8).

1. The government has made its automatic disclosures. There are no pending discovery requests.

2. The government has made the child pornography and electronic evidence available to the defense. Defense counsel has made arrangements to review the evidence at the office of the investigation agency this week, and counsel has obtained a computer expert to review the evidence.

3. There may be additional discovery requests in the future based on the defendant's review of the automatic discovery.

4. A protective order proposed by the government is attached. Counsel for the defendant is reviewing it and will indicate her position on the protective order at the status conference.

5. It is too early for the defense to determine whether it will file pretrial dispositive motions.

6. The parties wish for a schedule for expert witness disclosures to be established at

a subsequent status conference.

7. The parties request that the Court enter an order of excludable delay under the Speedy Trial Act from May 12, 2021 until July 14, 2021 and from July 14, 2021 until the date of the next hearing. These continuances are necessary to allow the defense time to decide whether to opt into automatic discovery, for the government to produce automatic discovery, and for the defense counsel to review automatic discovery. This exclusion would serve the "ends of justice" within the meaning of 18 U.S.C. § 3161(h)(7)(A) and are authorized by Local Rule 112.2. A proposed order is attached.

8. The parties request that an interim status conference be set for 60 days after the initial status conference.

                                                        Respectfully submitted,

                                                        NATHANIEL R. MENDELL
                                                        ACTING UNITED STATES ATTORNEY

By:   /s/ Alex J. Grant
       Alex J. Grant
       Assistant United States Attorney

BENJAMIN SHACAR

/s/ Elaine Pourinski
Elaine Pourinski
Counsel for Benjamin Shacar

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        /s/ Alex J. Grant
                                                        ALEX J. GRANT

Assistant United States Attorney

Case 3:21-cr-30028-MGM   Document 23   Filed 07/13/21   Page 3 of 3