UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-30038-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN SHACAR | ) | |

## ORDER OF EXCLUDABLE DELAY

KATHERINE A. ROBERTSON, UNITED STATES MAGISTRATE JUDGE:

The Court finds the following two time periods excludable from the calculation of the time within which trial in this case must begin pursuant to the Speedy Trial Act:

All time from May 12, 2021 until July 14, 2021, and from July 14, 2021 until the date of the next hearing, _Sept. 15_, 2021. The Court finds these periods excludable on the ground that the ends of justice served by granting the continuances outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Rule 112.2. This exclusion would serve the "ends of justice" within the meaning of 18 U.S.C. § 3161(h)(7)(A) as it would allow the defense time to decide whether to opt into automatic discovery, for the government to produce automatic discovery, and for the defense counsel to review automatic discovery.

_____
KATHERINE A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

Dated: _7/14/2021_