UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-30028-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN SHACAR | ) | |

ORDER OF EXCLUDABLE DELAY

KATHERINE A. ROBERTSON, UNITED STATES MAGISTRATE JUDGE:

The Court finds the following time period excludable from the calculation of the time within which trial in this case must begin pursuant to the Speedy Trial Act:

All time from September 15, 2021 until the date of the next hearing, Nov. 16, 2021. The Court finds these periods excludable on the ground that the ends of justice served by granting the continuances outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Rule 112.2. This exclusion would serve the "ends of justice" within the meaning of 18 U.S.C. § 3161(h)(7)(A) as it would allow the defense time to review automatic discovery.

_____
KATHERINE A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

Dated: 9/15/2021