UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-30028-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN SHACAR | ) | |

FINAL STATUS CONFERENCE MEMORANDUM

The United States of America, by and through its attorneys, Acting United States Attorney Nathaniel R. Mendell and Assistant United States Attorney Alex J. Grant, and Elaine Pourinski, counsel for the defendant Benjamin Shacar, submit this memorandum to address the issues delineated in 116.5(c)(1)-(3).

1. The defense does not request a Rule 11 hearing.

2. (A) The parties have no further discovery to produce at this time.

   (B) There are no unresolved discovery requests or motions.

   (C) The defense expects to file a motion to suppress evidence.

   (D) The parties request that the Court enter an order of excludable delay under the Speedy Trial Act from January 5, 2022 until the date of the next hearing. The continuance is necessary to allow the defense to review discovery, consider dispositive motions, and decide next steps in the litigation. This exclusion would serve the "ends of justice" within the meaning of 18 U.S.C. § 3161(h)(7)(A). A proposed order is attached.

   (E) The parties estimate that the trial will last one week.

3. There are no other matters to bring to the attention of the district judge.

Respectfully submitted,

                                        NATHANIEL R. MENDELL
                                        ACTING UNITED STATES ATTORNEY

By:   /s/ Alex J. Grant
       Alex J. Grant
       Assistant United States Attorney

BENJAMIN SHACAR


/s/ Elaine Pourinski
Elaine Pourinski
Counsel for Benjamin Shacar

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Alex J. Grant
ALEX J. GRANT
Assistant United States Attorney