UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 21-30028 |
| | ) | |
| BENJAMIN SHACAR | ) | |

ASSENTED TO MOTION TO EXTEND FILING DATE
FOR MOTION TO SUPPRESS

Benjamin Shacar, through his attorney, requests that this Honorable Court extend the filing date of February 25, 2022 to March 11, 2022 for the Motion to Suppress. Counsel further requests that the Government's reply date be extended for 2 weeks. Counsel states that unexpected matters came up during the month of February and needs additional time to complete the Motion. No further requests for an extension are anticipated.

AUSA Alex Grant assents to this motion.

Respectfully submitted

Benjamin Shacar
By his attorney:

/s/ Elaine Pourinski
BBO #550986
13 Old South Street
Northampton, MA. 01060
413-587-9807

<u>CERTIFICATE OF SERVICE</u>

I certify that I have provided a copy of this motion to all registered parties by sending it through the CM/ECF system.

<u>/s/ Elaine Pourinski</u>

Date:  February 17, 2022