UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 21-30028 |
| | ) | |
| BENJAMIN SHACAR | ) | |

ASSENTED TO MOTION TO EXTEND FILING DATE
FOR MOTION TO SUPPRESS

Benjamin Shacar, through his attorney, requests that this Honorable Court extend the filing date of March 11, 2022 to March 25, 2022 for the Motion to Suppress. Counsel further requests that the Government's reply date be extended for 3 weeks after March 25, 2022. Counsel is also requesting an extension of the hearing date of April 4th to the first week of May. Counsel states that she will be incapacitated during the week of March 3, 2022 due to an unexpected medical issue. If necessary, counsel will provide an ex-parte affidavit.

Counsel has discussed this matter with AUSA Alex Grant and he assents to this motion.

Respectfully submitted

Benjamin Shacar
By his attorney:

/s/ Elaine Pourinski
BBO #550986
13 Old South Street
Northampton, MA. 01060
413-587-9807

## CERTIFICATE OF SERVICE

I certify that I have provided a copy of this motion to all registered parties by sending it through the CM/ECF system.

/s/ Elaine Pourinski

Date:  March 3, 2022