UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 21-30028 |
| | ) | |
| BENJAMIN SHACAR | ) | |

ASSENTED TO MOTION TO STAY THE FILING DATE
FOR MOTION TO SUPPRESS

Benjamin Shacar, through his attorney, requests that this Honorable Court stay the filing date for the Motion to Suppress. As reasons, the defendant states that he has filed a discovery letter seeking information relative to the search warrant affidavit. AUSA Grant is in the process of responding to the discovery letter. It is possible that a discovery motion will be filed if all the information requested is not provided.

Counsel has discussed this matter with AUSA Alex Grant and he assents to this motion.

Respectfully submitted

Benjamin Shacar
By his attorney:

/s/ Elaine Pourinski
BBO #550986
13 Old South Street
Northampton, MA. 01060
413-587-9807

CERTIFICATE OF SERVICE

I certify that I have provided a copy of this motion to all registered parties by sending it through the CM/ECF system.

/s/ Elaine Pourinski

Date:  March 23, 2022