AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-30028-MGM |
| Benjamin Shacar | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA   .

Date:   06/02/2022

/s/ Neil L. Desroches
*Attorney's signature*

Neil L. Desroches
*Printed name and bar number*

U.S. Attorney's Office, U.S. Courthouse
300 State Street, Suite 230
Springfield, MA 01105-2926

*Address*

Neil.Desroches@usdoj.gov
*E-mail address*

(413) 785-0235
*Telephone number*

(413) 785-0394
*FAX number*