UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-30028-MGM |
| | ) | |
| BENJAMIN SHACAR | ) | |
| Defendant. | ) | |

## MOTION FOR EXCLUDABLE DELAY

The United States of America, by and through its attorneys, United States Attorney Rachael S. Rollins and Assistant United States Attorney Neil L. Desroches, moves for an order of excludable delay under the Speedy Trial Act that the time from February 2, 2022, the date of a expiration of the current period of excludable delay, until March 3, 2023 the date of the motion hearing.  Counsel for the defendant, Elain Pourinski, Esq., assents to this motion.

The ends of justice are served by excluding this time from the calculation of the time within which the trial must begin outweighs the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2.  A proposed order of excludable delay is attached.

                                                              Respectfully submitted,

                                                              RACHAEL S. ROLLINS
                                                              UNITED STATES ATTORNEY

                                       By:     */s/ Neil L. Desroches*
                                                              Neil L. Desroches
Dated:  November 10, 2022                 Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil L. Desroches*
Neil L. Desroches
Assistant United States Attorney