AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| Benjamin Shacar | Case Number: 21-cr-30028-MGM |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Benjamin Shacar

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☑ CJA Appointment
☐ Federal Public Defender
☐ Retained
☐ Pro Bono

| 3/10/2023 | /s/ William J. O'Neil | |
|---|---|---|
| Date | Signature | |
| | William J. O'Neil | 548445 |
| | Print Name | Bar Number |
| | 280 North Main Street, Suite 6 | |
| | Address | |
| | East Longmeadow    MA | 01028 |
| | City    State | Zip Code |
| | (413) 224-2694 | (413) 224-2231 |
| | Phone Number | Fax Number |