UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE (ASSENTED TO)**

Now comes the defendant, Benjamin Shacar, who moves this Honorable Court, for an order continuing the status conference in this case which is scheduled for May 12, 2023 to a date after June 26, 2023.

As grounds therefore, counsel for the defendant states that this case was recently reassigned to him. There is a significant amount of discovery materials in this case. In addition, counsel is presently reviewing initial research conducted by predecessor counsel and materials from other cases from this district and other districts related to search and seizure issues which may lead to the filing of a motion to suppress.

Counsel seeks a continuance in order to complete his review of the discovery materials in the case and those materials related to the filing of a motion to suppress as well as to conduct his own research on the search and seizure issues related to this case.

The assistant United States attorney assigned to this case assents to the allowance of this motion.

Respectfully submitted,

BENJAMIN SHACAR

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445


CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


May 8, 2023                    /s/ *William J. O'Neil*
                               William J. O'Neil