UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE (ASSENTED TO)**

Now comes the defendant, Benjamin Shacar, who moves this Honorable Court, for an order continuing the status conference in this case which is scheduled for June 28, 2023 to a date after August 5, 2023.

As grounds therefore, counsel for the defendant states he is presently scheduled for a medical procedure on the presently scheduled status conference date and would be unavailable to attend the status conference. In addition, counsel states that the case was reassigned to him in March 2023. Counsel has recently completed his review of the significant amount of discovery materials in this case. Counsel is presently reviewing initial research conducted by predecessor counsel and materials from other cases from this district and other districts related to search and seizure issues which may lead to the filing of a motion to suppress.

Counsel seeks a continuance in order to complete his review of the discovery materials in the case and those materials related to the filing of a motion to suppress as well as to conduct his own research on the search and seizure issues related to this case.

The assistant United States attorney assigned to this case assents to the allowance of this motion.

Respectfully submitted,

BENJAMIN SHACAR

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

June 20, 2023            /s/ *William J. O'Neil*
                         William J. O'Neil