UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

Now comes the defendant, Benjamin Shacar, who moves this Honorable Court for an order modifying his conditions of release, issued by this Court on August 23, 2022, by allowing him to travel outside of the District of Massachusetts to Little Falls, New York on September 11, 2023.

As grounds therefore, the defendant states he recently received a notice of license suspension from the Massachusetts Registry of Motor Vehicles. The suspension is the result of a traffic infraction in the State of New York. The defendant must travel to the Danube Town Court in Little Falls, New York on September 11, 2023 for a hearing on the alleged traffic infraction. The defendant cannot appear virtually for the hearing.

Counsel has discussed this matter with the defendant's supervising probation officer and the Assistant United States Attorney assigned to the case.. They both assent to the allowance of this motion

Wherefore, Mr. Shacar respectfully requests that this Honorable Court modify his conditions of pre-trial release to allow him to travel to the State of New York on the date described above.

Dated: August 25, 2023

        Respectfully submitted,

        BENJAMIN SHACAR

        /s/ William J. O'Neil
        WILLIAM J. O'NEIL
        Attorney for the Defendant
        280 N. Main St., Ste. 6
        East Longmeadow, MA 01028
        (413) 224-2694
        BBO#:548445

### CERTIFICATE OF SERVICE

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date August 25, 2023.

        /s/ William J. O'Neil
        William J. O'Neil
        280 N. Main Street, Ste. 6
        E. Longmeadow, MA 01028
        (413) 224-2694
        BBO#: 548445