UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT'S MOTION TO FILE DISCOVERY LETTER AND GOVERNMENT RESPONSE UNDER SEAL

Now comes the defendant Benjamin Shacar and requests that the Court allow the defendant to file his discovery letter submitted to the government on August 28, 2023, and the government's response thereto, under seal.

In support of this motion, the defendant states that his request is consistent with ¶3 of the protective order approved by Magistrate Judge Robertson in this case on July 14, 2021. [Dkt. 25].

Respectfully submitted,

BENJAMIN SHACAR

/s/ William J. O'Neil
WILLIAM J. O'NEIL
Attorney for the Defendant
280 N. Main St., Ste. 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date August 28, 2023.

/s/ William J. O'Neil
William J. O'Neil
280 N. Main Street, Ste. 6
E. Longmeadow, MA 01028
(413) 224-2694
BBO#: 548445