UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE (ASSENTED TO)**

Now comes the defendant, Benjamin Shacar, who moves this Honorable Court, for an order continuing the status conference in this case which is scheduled for October 17, 2023 to a date after November 17, 2023.

As grounds therefore, the parties state that the government is also in the process of responding to the defendant's discovery letter and needs additional time to file its response.

The assistant United States attorney assigned to this case assents to the allowance of this motion.

Respectfully submitted,

BENJAMIN SHACAR

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

September 11, 2023  /s/ *William J. O'Neil*
William J. O'Neil