UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BENJAMIN SHACAR,<br><br>Defendant. | Criminal Action No. 21-cr-30028-MGM |

ORDER OF EXCLUDABLE DELAY

January 16, 2024

MASTROIANNI, U.S.D.J.

The government has moved for an order of excludable delay under the Speedy Trial Act that the time from January 11, 2024, the date of a status hearing before the Magistrate Judge, to April 4, 2024, the date scheduled for the hearing of the defendant's anticipated discovery motions, be excluded from the calculation of the time which trial must begin pursuant to the Speedy Trial Act. The attorney for the defendant, William J. O'Neil, Esq., has assented to the motion.

The Court finds that time from January 11, 2024 should be excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by excluding the time from the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial because the government and the defendant continue to attempt to resolve discovery disputes, and because the defendant is contemplating further discovery motions.

It is So Ordered.

    /s/ Mark G. Mastroianni  
MARK G. MASTROIANNI  
United States District Judge