UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-30028-MGM |
| ) | |
| BENJAMIN SHACAR ) | |
| Defendant. ) | |

**ORDER OF EXCLUDABLE DELAY**

The government has moved for an order of excludable delay under the Speedy Trial Act that the time from January 11, 2024, the date of a status hearing before the Magistrate Judge, to April 4, 2024, the date scheduled for the hearing of the defendant's anticipated discovery motions, from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act. The attorney for the defendant, William J. O'Neil, Esq., has assented to this motion.

The Court finds that the time from March 3, 2022 should be excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by excluding this time from the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial because at this time the government and the defendant continue to attempt to resolve discovery disputes and the defendant is contemplating further motions.

_____
KATHERINE A. ROBERTSON
UNITED STATES DISTRICT JUDGE

Dated:   1/16/2024