UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO.: 21-CR-30028-MGM** |
| **BENJAMIN SHACAR** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S EX PARTE MOTION TO OBTAIN EXPEDITED TRANSCRIPT OF DETENTION HEARING

Now comes William J. O'Neil, counsel for the defendant, Benjamin Shacar, who moves this Honorable Court for an order that the official expedited (7-day production) transcript of his detention hearing of March 31, 2021 be produced and provided to counsel and that the cost of said transcript be paid by the government.

As grounds therefore, counsel for the defendant states that he was recently notified by the probation officer assigned to this case that the probation office discovered a discrepancy between the release conditions contained in the order of March 31, 2021 which set conditions of release (Docket Entry # 12) and the manner in which both the defendant and probation have interpreted that order. The order of conditions indicates a home confinement requirement while both the defendant and probation have understood the condition to be a 7:00 p.m. to 7:00 a.m. curfew with GPS monitoring.

As counsel for the defendant was not present at the time these conditions were set, he seeks an expedited transcript of the detention hearing in order to assist the parties and the Court in determining what conditions were set at that time.

The Court has determined that the defendant is indigent.

January 24, 2024                                        Respectfully submitted,

                                                        /s/ William J. O'Neil
                                                        William J. O'Neil
                                                        280 N. Main Street, Ste. 6
                                                        E. Longmeadow, MA 01028
                                                        (413) 224-2694
                                                        BBO#: 548445