United States v. Shacar

21-cr-30028-MGM

EXHIBIT "Q"

**From:** (b) (6), (b) (7)(C)
**Sent:** Thu, 31 Oct 2019 14:54:19 +0000
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** Additional info
**Attachments:** Image Descriptions Website B.docx

I will send you the final copy of the Medford warrant when (b) (6), (b) (7) sends to me. This will include the site description for **Website B** as well as the NCA site description (which are in the share folders for each address actually)

I need to write the description for **Website A** as I think all of yours are **A**. That will go in para 14-16

Thanks

| | |
|---|---|
| From: | (b)(6)(b)(7)(C) (CID) (FBI) |
| Sent: | Fri, 15 Nov 2019 17:35:44 +0000 |
| To: | (b)(6)(b)(7)(C) |
| Subject: | Draft template |
| Attachments: | NIAC Tor Op Go By SW V1 11 6 19.docx |

We've broken ours apart so we have a template for each site now but this is how it was sent to me by (b)(6)(b)(7)(C). If there is anything in it you want to use...

Respectfully,

(b)(6)(b)(7)(C)
Child Exploitation Operational Unit (CEOU)
VCAC / CID / FBIHQ
Desk: (410) 981-(b)(6)(b)(7)

| | |
|---|---|
| From: | (b)(6)(b)(7)(C) |
| Sent: | Tue, 9 Jul 2019 15:03:22 +0000 |
| To: | (b)(6)(b)(7)(C) (USAMA) (b)(6)(b)(7)(C) @usdoj.gov);(b)(6)(b)(7)(C) (USAMA) (b)(6)(b)(7)(C) @usdoj.gov) |
| Subject: | FW: affidavit so far |
| Attachments: | (b)(6)(b)(7)(C) affidavit Draft fbidjb (2).docx |

FYI

From: (b)(6)(b)(7)(C) @fbi.gov>
Sent: Monday, July 08, 2019 12:45 PM
To: (b)(6)(b)(7)(C) (b)(6)(b)(7)(C) ice.dhs.gov>
Cc: (b)(6)(b)(7)(C) @fbi.gov>
Subject: RE: affidavit so far

Hey (b)(6)(b)(7)(C) Sorry I went out of town and forgot about this. This Draft has not been signed off on yet by (b)(6)(b)(7)(C), (b)(7)(E) so he would probably want a say on that before anything goes out………………………

(b)(6)(b)(7)(C)


From: (b)(6)(b)(7)(C) [mailto:(b)(6)(b)(7)(C) @ice.dhs.gov]
Sent: Monday, July 01, 2019 12:04 PM
To: (b)(6)(b)(7)(C) @fbi.gov>
Subject: affidavit so far

Hey

When you have a min can you send me the draft of what you have so far?

Want to grab some verbiage for (b)(6)(b)(7)(C)

Thanks much

(b)(6)(b)(7)(C)