UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT'S MOTION TO FILE EXHIBTS TO MOTION TO COMPEL DISCOVERY UNDER SEAL

Now comes the defendant Benjamin Shacar and requests that the Court allow the defendant to file Exhibits A, B, D, F, H, I, M, N, and O to his Motion to Compel Discovery dated March 4, 2024, under seal.

In support of this motion, the defendant states that some of the content contained in these exhibits would be protected under ¶3 of the protective order approved by Magistrate Judge Robertson in this case on July 14, 2021. [Dkt. 25].

    Respectfully submitted,

    BENJAMIN SHACAR

    /s/ William J. O'Neil
    WILLIAM J. O'NEIL
    Attorney for the Defendant
    280 N. Main St., Ste. 6
    East Longmeadow, MA 01028
    (413) 224-2694
    BBO#:548445

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date March 4, 2024.

/s/ William J. O'Neil
William J. O'Neil
280 N. Main Street, Ste. 6
E. Longmeadow, MA 01028
(413) 224-2694
BBO#: 548445