UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BENJAMIN SHACAR,**<br><br>Defendant. | No. 21-cr-30028-MGM |

### GOVERNMENT'S MOTION TO FILE UNDER SEAL THE GOVERNMENT'S RESPONSE TO DEFENDANT'S "MOTION TO COMPEL"

The United States of America, by Joshua S. Levy, Acting United States Attorney for the District of Massachusetts and Assistant United States Attorney Neil L. Desroches (the "Government"), respectfully moves this Court to file, the "Governments Motion To File Under Seal The Government's Response to 'Defendant's Motion to Compel.'" In support of this motion, the Government states that the Government's pleading responds to the Defendant's motion, which has been filed under seal.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Neil L. Desroches*
NEIL L. DEROCHES
(MA661357)
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0398
neil.desroches@usdoj.gov

Dated: March 15, 2024

1

## Certificate of Service

I hereby certify that this document will be filed by ECF to all registered parties.

          By: */s/ Neil L. Desroches*
             NEIL L. DESROCHES
             Assistant U.S. Attorney

Dated:  March 15, 2024