# United States v. Shacar

# 21-cr-30028-MGM

# EXHIBIT “18”

 

 Home  My Network  Jobs  Messaging  Notifications Me  For Business Try Premi $0



## Gregory S

Special Agent at US Department of Homeland Security

-  US Department of Homeland Security
- Southern New Hampshire University

Boston, Massachusetts, United States · Contact info

132 connections

Connect Message ···

Messaging 1

Search messages

Focused Other

Sarah Walz from LinkedIn Jul 27
LinkedIn Offer Get the applicants you need for... 1

### About

I have been working in the crimes against children discipline since 2007. Over the years I have conducted complex criminal investigations on the clearweb and the darkweb on individuals and criminal networks that are intent on physically and sexually abusing children. ... ...see more

### Activity

132 followers

**Gregory S** commented on a post • 2mo

Good luck Jim, know you will crush it with Jon Rouse APM

**Gregory S** commented on a post • 2mo

We will miss you brother Was an honor to work with you and build our friendship.

Show all comments →

### Experience



**Senior Special Agent**
US Department of Homeland Security · Full-time
2007 - Present · 16 yrs 9 mos
Boston, Massachusetts, United States · Hybrid

Skills: Adult CPR · Team Leadership · Mentoring · Train the Trainer · Teaching · Criminal Intelligence ...see more

### Education




**Southern New Hampshire University**
Bachelor's Degree, Organizational Leadership
2006

### Skills

**Adult CPR**

 Senior Special Agent at US Department of Homeland Security

**Team Leadership**

 Senior Special Agent at US Department of Homeland Security

**Mentoring**

 Senior Special Agent at US Department of Homeland Security

Show all 26 skills →

## Courses

**Darkweb Investigations**

 Associated with US Department of Homeland Security

1

**Sarah Walz from LinkedIn** Jul 27
LinkedIn Offer Get the applicants you need for... 1

## Honors & awards

**2023 National Missing & Exploited Children's Hero's Award**
Issued by NCMEC · Apr 2023

 Associated with US Department of Homeland Security

Honorable Mention

**2021 Criminal Division Assistant Attorney General Award. Kenneth A. Polite Jr., the Criminal Division's Assistant Attorney General**
Issued by Assistant Attorney General · May 2022

 Associated with US Department of Homeland Security

**Team DG Commendation Op Habitance**
Issued by Director General Graeme Biggar · May 2022

Associated with US Department of Homeland Security

Show all 11 honors & awards →

## Interests

Companies Schools





U.S. Department of Homeland Security
781,031 followers

+ Follow



National Center for Missing & Exploited Children
44,440 followers

+ Follow

Show all companies →

Ad •••

Post a job for free with LinkedIn Jobs.

in Jobs

Simmons, find the people you want to interview

Post a free job

People you may know
From Gregory's company

**Boutchuen Armel**
Cyber Security Analyst, SecPlus, AWS Cloud Certified Practitioner, Quality Management Certificate.
Connect

**Mario G.**
Senior Management and Program Analyst: Leveraging Skills and Competencies to Drive Daily Operations and Processes
Connect

**Baraa Abdelhafiz**
Transportation Security Officer at U.S. Department of Homeland Security
Connect

**Jolene J.**
Zeta Mu Phi - President
Connect

**Margie Martinez**
From substitute teaching to various other areas of interest like Criminal Justice, the industry of hospitality, construction, Business, psychology, and...
Connect

Show more

1

**Sarah Walz from LinkedIn** Jul 27
**LinkedIn Offer** Get the applicants you need for... 1

You might like
Pages for you

**U.S. Customs and Border Protection**
Government Administration
242,643 followers
+ Follow

**Department of Homeland Security, Office of Inspector General**
Government Administration
99,558 followers
+ Follow

Show more




About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2023

1

**Sarah Walz from LinkedIn** Jul 27
**LinkedIn Offer** Get the applicants you need for...
1