UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| **BENJAMIN SHACAR,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME BY WHICH TO FILE OBJECTIONS TO DENIAL OF MOTION TO COMPEL DISCOVERY BY MAGISTRATE JUDGE

Now comes the defendant Benjamin Shacar, pursuant to Fed. R. Crim. Pr. 59(a), requests that the Court grant him an extension to June 30, 2024 to file his objections to the denial of his Motion to Compel Discovery which was entered by the Magistrate Judge on May 30, 2024. (Docket No. 120 filed under seal)

In support of this motion, the defendant states that the magistrate judge made detailed findings of fact and rulings of law in the order. Defense counsel needs additional time to fully review the magistrate judge's decision and craft specific objections to said findings and order.

The Assistant United States Attorney assigned to this case assents to the allowance of this motion.

Respectfully submitted,

BENJAMIN SHACAR

/s/ William J. O'Neil
WILLIAM J. O'NEIL
Attorney for the Defendant
280 N. Main St., Ste. 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date June 11, 2024.

/s/ William J. O'Neil
William J. O'Neil
280 N. Main Street, Ste. 6
E. Longmeadow, MA 01028
(413) 224-2694
BBO#: 548445