UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN SHACAR,<br><br>Defendant. | No. 21-cr-30028-MGM |

### GOVERNMENT'S MOTION TO FILE UNDER SEAL GOVERNMENT'S RESPONSE TO "DEFENDANT'S OBJECTION TO DISCOVERY ORDER AND REQUEST FOR REVIEW BY DISTRICT COURT JUDGE" (DKT. NO. 123)

The United States of America, by Joshua S. Levy, Acting United States Attorney for the District of Massachusetts and Assistant United States Attorney Neil L. Desroches (the "Government"), respectfully moves this Court to file, the "Government's Response To "Defendant's Objection To Discovery Order And Request For Review By District Court Judge" (Dkt. No. 123)." In support of this motion, the Government states that the Government's pleading responds to the Defendant's Objection, which has been filed under seal.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Neil L. Desroches
NEIL L. DEROCHES
(MA661357)
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0398
neil.desroches@usdoj.gov

Dated: July 19, 2024

1

## Certificate of Service

I hereby certify that this document will be delivered to counsel for the defendant via electronic mail.

                                   By:    */s/ Neil L. Desroches*
                                                   NEIL L. DESROCHES
                                                   Assistant U.S. Attorney

Dated:  July 19, 2024