**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO.: 21cr30028MGM** |
| **BENJAMIN SHACAR** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED**
**AS A RESULT OF THE EXECUTION OF A SEARCH WARRANT**

  NOW COMES The defendant, Benjamin Shacar, pursuant to Fed. R. Crim. P. 12 and the Fourth Amendment, who moves this Honorable Court for an order to suppress all evidence and illegal fruits obtained pursuant to the invalid search warrant issued for the premises located at 18 Maple Street, Pittsfield, Massachusetts, which was executed by law enforcement officers on or about March 24, 2021 because the warrant was not supported by probable cause. In addition, Mr. Shacar also moves for a Franks hearing, as the affiant made material misstatements that were necessary to a finding of probable cause and omissions that, if included in the affidavit, would have vitiated probable cause.

  The Defendant submits the attached Memorandum in Support of Motion to Suppress pursuant to Local Rule 7(b)(1).

  WHEREFORE, the Defendant requests that this Honorable Court allow the instant motion and suppress all fruits of the above-described search warrants.

Dated: January 29, 2025

                                    Respectfully submitted,

                                    BENJAMIN SHACAR

                                    /s/ William J. O'Neil
                                    WILLIAM J. O'NEIL
                                    Attorney for the Defendant
                                    280 N. Main St., Ste. 6
                                    East Longmeadow, MA 01028
                                    (413) 224-2694
                                    BBO#:548445

## **CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date, January 29, 2025.

                                    /s/ William J. O'Neil
                                    William J. O'Neil
                                    280 N. Main Street, Ste. 6
                                    E. Longmeadow, MA 01028
                                    (413) 224-2694
                                    BBO#: 548445