UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| **BENJAMIN SHACAR,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

### DEFENDANT'S MOTION FOR LEAVE TO MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE SEIZED AS A RESULT OF THE EXECUTION OF A SEARCH WARRANT IN EXCESS OF 20 PAGES

Now comes defendant Benjamin Shacar, pursuant to Local Rule 7(b)(4) and requests that the Court allow the defendant to file his Memorandum in Support of Motion to Suppress Evidence Seized as a Result of the Execution of a Search Warrant in Excess of 20 pages.

In support of this motion, the defendant states that the memorandum is 21 pages and length. The issues raised by the motion to suppress require a memorandum of that length.

Respectfully submitted,

BENJAMIN SHACAR

/s/ William J. O'Neil
WILLIAM J. O'NEIL
Attorney for the Defendant
280 N. Main St., Ste. 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

## **CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date January 29, 2025.

/s/ William J. O'Neil
William J. O'Neil
280 N. Main Street, Ste. 6
E. Longmeadow, MA 01028
(413) 224-2694
BBO#: 548445