UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO: 21-CR-30028-MGM |
| BENJAMIN SHACAR | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### DECLARATION OF BENJAMIN SHACAR

Benjamin Shacar, on his oath, deposes and says as follows:

1. I am the defendant in the above-captioned case.

2. On the morning of March 24, 2021, at approximately 8:00 a.m., I was sleeping with my wife in our bed on the second floor of my residence in Pittsfield, Massachusetts. My stepson, daughter and son were sleeping on the first floor of the home.

3. I awoke to the sound of the proximity alarms from our security system in the home. I immediately looked to the monitors of our home security system which were located in our bedroom. I saw someone I did not recognize walking through our dining room. I immediately got out of bed in my pajama bottoms and started going downstairs to first floor.

4. About halfway down the stairs I encountered two officers wearing police uniforms. One of the officers shown a flashlight in my face.

5. The two officers grabbed me by the arm and took me downstairs to our dining room. I was still wearing my pajama bottoms.

6. More officers came into the home after I was in the dining room. I estimate that at least six officers came into the home. The officers were armed.

7. My wife was brought into the dining room with me. My stepson (18), daughter (12) and son (11) were brought into the dining room with my wife and I. The officers told us that we were not allowed to leave the dining room area. My kids looked tired and confused

8. My wife and I asked what was going on and were told "We will get to that."

9.  My wife asked the officers if they could use the telephone to call an attorney and the officers refused her request.

10. I had a cell phone on me when I went downstairs. While we were in the dining room, my employer called to check if I was coming in to work that day. I told my employer I would not be coming in due to a family emergency. After I took that call and hung up, the officers took the phone from me.

11. The officers told us that they had a warrant but did not show it to my wife or me.

12. I was told to go to my stepson's room by agent Yon. As far as I know my wife and the kids remained in the dining room. The officers never told me that I could leave if I wanted to.

13. When were got to my stepson's room, Agent Yon told me that I needed to sign these papers right now to search 16 Maple Street, the cars and the other buildings on the premises. If you don't sign them, we can make everyone sit here all day while I go to obtain a search warrant for those places. He had me sign two documents. I understood that the officers would detain all of us unless I signed the documents. I signed the documents.

14. I asked more than once as to why they were there and was told it was not important and that they would get to that.

15. Agent Yon started reading from a piece of paper. He askd me if I understood. I told me that I did. He then said "This is what's going to happen. If you don't talk, we're going to arrest all the adults in the house and place all of the children in DCF custody." He told me that I would not be able to see my kids. At that point I felt I had to talk to them or else my wife would be arrested and my kids removed from the home. Agent Yon told me that "If you work with us everything would be a lot easier for you."

16. While I was with the officers in my stepson's bedroom, I could hear the other agents upstairs on the second floor.

17. I was with the officers in my stepson's bedroom for about and hour and a half. During that time, I was not provided with any water or food. I was still in my pajama bottoms which the officer asked me questions.

18. I was never shown a warrant by the agents.

SIGNED UNDER THE PENALTIES OF PERJURY on this 28th day of January 2025.

_____
BENJAMIN SHACAR