AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21cr30028 |
| Benjamin Shacar | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/30/2025

/s/ Thomas A. Barnico, Jr.
*Attorney's signature*

Thomas A. Barnico, Jr., #696929
*Printed name and bar number*

U.S. Attorney's Office, U.S. Courthouse
300 State Street, Suite 230
Springfield, MA 01105-2926
*Address*

Thomas.Barnico@usdoj.gov
*E-mail address*

(413) 785-0142
*Telephone number*

(413) 785-0394
*FAX number*