UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN SHACAR,<br><br>Defendant | CRIMINAL No. 3:21-cr-30028-MGM |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL
THE GOVERNMENT'S RESPONSE TO DEFENDANT'S "MOTION TO SUPPRESS
EVIDENCE SEIZED AS A RESULT OF THE EXECUTION OF SEARCH WARRANT"
(DOC. NOS. 140 and 146)**

The United States of America, by and through its attorneys, Leah B. Foley, United States Attorney, and Thomas A. Barnico, Jr, Assistant United States Attorney (the "Government"), respectfully moves this Court for leave to file under seal the Government's Response to "Defendant's Motion to Suppress Evidence Seized as a Result of the Execution of a Search Warrant" (Doc. No. 140 and 146). In support of this motion, the Government states that the Government's pleading responds to the Defendant's Motion, which has been filed under seal.

Respectfully Submitted,

LEAH B. FOLEY
United States Attorney

Date: February 12, 2025        By:    */s/ Thomas A. Barnico, Jr.*
Thomas A. Barnico, Jr. (BBO#696929)
Assistant United States Attorney
United States Attorney's Office
300 State Street, Suite 230
Springfield, MA 01105

## CERTIFICATE OF SERVICE

I, Thomas A. Barnico, Jr., hereby certify that the foregoing was filed through the Electronic Court filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

Date: February 12, 2025           /s/ Thomas A. Barnico, Jr.___
                                  Thomas A. Barnico, Jr.
                                  Assistant United States Attorney