# EXHIBIT A

Audio Recording of Law Enforcement Interview
with Benjamin Shacar on March 24, 2021

(Placeholder – CD filed with Clerk's office 3/26/25)



**United States Attorney's Office
District of Massachusetts**



*This medium is
UNCLASSIFIED
U.S. Government Proper
SF 710 (1-87)*

*Sensitive (Limited Officia
Use Information)
U.S. Government Prope:*

*Protect it from
Unauthorized disclos*

<u>U.S. v. Benjamin Shacar</u>
21-cr-30028-MGM
**Exhibit A to Gov. Resp. to Def. Mot. to
Suppress Statements**