UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 21-CR-30028-MGM |
| BENJAMIN SHACAR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION TO WITHDRAW DOCUMENT**

Now comes the defendant, Benjamin Shacar, who moves this Honorable Court, for an order allowing him to withdraw his Motion to Suppress Statements (Docket No. 144) which was filed on January 29, 2025.

As grounds therefore, counsel and the defendant have reviewed the government's response to the motion as well as the audio recording of the statement in question which defense counsel had not received from predecessor counsel or the government prior to filing said motion to suppress. After said review, the defendant has requested that counsel withdraw the motion to suppress.

Wherefore, the defendant requests that he be allowed to withdraw said motion to suppress.

Respectfully submitted,

BENJAMIN SHACAR

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

April 22, 2025                    /s/ *William J. O'Neil*
                                  William J. O'Neil