✎AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Benjamin Shacar

**APPEARANCE**

Case Number: 3:21-cr-30028

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Benjamin Shacar

I certify that I am admitted to practice in this court.

Kensley R. Barrett

Attorney Designation in Criminal Cases:

- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☑ Retained
- ☐ Pro Bono

9/20/2026
Date

Kensley R. Barrett
Signature

/s/Kensley R. Barrett — 708764
Print Name — Bar Number

572 Washington Street, #21
Address

Wellesley — MA — 02482
City — State — Zip Code

(857) 229-2442 — (617) 904-1838
Phone Number — Fax Number