UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 3:21-CR-30028-MGM |
| | : | |
| BENJAMIN SHACAR | : | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

Defendant, Benjamin Shacar, by and through counsel, hereby petitions this Honorable Court to continue the change of plea hearing, currently scheduled on September 28, 2026, to a date after October 16, 2026. As grounds, defense counsel just filed a notice of appearance on behalf of Mr. Shacar, just received the Pre-Sentencing Report, and is gathering mitigation materials in preparation for sentencing. For these reasons and is respectfully requesting additional time. The government has assented to this request.

Respectfully submitted this 24th day of September 2026.

Respectfully submitted,
Defendant,
BENJAMIN SHACAR,
By his Counsel

/s/ Kensley R. Barrett, Esq.
Kensley R. Barrett
Law Office of Kensley R. Barrett
572 Washington Street, #21
Wellesley, MA 02482
Phone: 857.229.2442
Fax: 617.904.1839
Email: ken@krbarrettlaw.com

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 24, 2026.

/s/ Kensley R. Barrett, Esq.
Kensley R. Barrett
Law Office of Kensley R. Barrett
572 Washington Street, #21
Wellesley, MA 02482
Phone: 857.229.2442
Fax: 617.904.1839
Email: ken@krbarrettlaw.com